```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21943
   ORA SMITH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1499


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/21/2007 and was not confirmed.

     The case was dismissed without confirmation 03/31/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    1505.72            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   16347.00            .00            .00
MOCKUS                    SECURED          5700.00            .00            .00
MOCKUS                    MORTGAGE ARRE    8000.00            .00            .00
AMERICAN EXPRESS BANK     UNSEC W/INTER    1891.61            .00            .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED            .00            .00
BARONS CREDITORS SERVICE  UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER    4375.74            .00            .00
CBCS                      UNSEC W/INTER  NOT FILED            .00            .00
CBE GROUP                 UNSEC W/INTER  NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     408.38            .00            .00
CREDIT PROTECTION         UNSEC W/INTER  NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER  NOT FILED            .00            .00
LVNV FUNDING LLC          UNSEC W/INTER   12769.39            .00            .00
GMAC                      UNSEC W/INTER   10249.72            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         575.70            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     725.03            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                    ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21943 ORA SMITH
```

TOTALS                                            .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                               /s/ Tom Vaughn  
Dated: 06/25/08                                       _____  
                                                            TOM VAUGHN  
                                                            CHAPTER 13 TRUSTEE